FILED: April 21, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1190

(8:13-cv-02599-PWG)

_____

JAMES WASHINGTON

       Plaintiff - Appellant

v.

GIANT OF MARYLAND, LLC

       Defendant - Appellee

_____

O R D E R

_____

Upon consideration of the motion to dismiss party United Food & Commercial Workers Union, Local 400, the motion is granted and this party is dismissed from the appeal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk